USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/3/2020

# HERBERT S. FORSMITH
### ATTORNEY AT LAW

26 BROADWAY
17TH FLOOR
NEW YORK, NY 10004
TEL: (212) 809-1772
FAX: (212) 809-6122

September 1, 2020

**Via Electronic Filing**

The Honorable Andrew L. Carter, Jr.
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007



**_RE: Singh v. Commissioner of Social Security, 19-cv-10273 (ALC)_**

Dear Judge Carter:

Your revised briefing schedule of June 22, 2020 provided that Plaintiff's motion for judgment on the pleadings was to be served by August 10, 2020; with Defendant's response by October 9, 2020; and with Plaintiff's reply by October 30, 2020.

On August 5, 2020 my wife had to be taken from our home to a local hospital and is currently in in-patient rehabilitation.

I regret not being able to manage a timely submission of the Plaintiff's Motion for Judgment on the Pleadings and am compelled to respectfully request a 30-day extension of time to serve Plaintiff's motion for judgment on the pleadings with Plaintiff's motion to be served by October 9, 2020; with Defendant's response by December 8, 2020; and with Plaintiff's reply by December 29, 2020.

This is Plaintiff's second request for extension.

Counsel for the Commissioner has informed me that she consents to this extension.

Thank you for your consideration.

Respectfully submitted,

/s/ Herbert S. Forsmith

cc:   Susan Colleen Branagan
      U.S. Attorney Office SDNY
      86 Chambers Street
      New York, NY 10007

SO ORDERED:

_/s/ Andrew L. Carter_
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

September 3, 2020