# HERBERT S. FORSMITH
ATTORNEY AT LAW

26 BROADWAY
17TH FLOOR
NEW YORK, NY 10004
TEL: (212) 809-1772
FAX: (212) 809-6122



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/20/20

August 11, 2020

**Via Electronic Filing**

The Honorable Andrew L. Carter, Jr.
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

MEMO ENDORSED

### RE: Singh v. Commissioner of Social Security, 19-cv-10273 (ALC)

Dear Judge Carter:

Your revised briefing schedule of June 22, 2020 provided that Plaintiff's motion for judgment on the pleadings was to be served by August 10, 2020; with Defendant's response by October 9, 2020; and with Plaintiff's reply by October 30, 2020.

On August 5, 2020 my wife had to be taken from our home to a local hospital and is currently in an in-patient rehabilitation.

I apologize for not being able to manage a timely submission of the Plaintiff's Motion for Judgment on the Pleadings and am compelled to respectfully request a 30-day extension of time to serve Plaintiff's motion for judgment on the pleadings with Plaintiff's motion to be served by September 9, 2020; with Defendant's response by November 8, 2020; and with Plaintiff's reply by November 29, 2020.

Counsel for the Commissioner has informed me that she consents to this extension.

Thank you for your consideration.

Respectfully submitted,

/s/ Herbert S. Forsmith

cc:   Susan Colleen Branagan
      U.S. Attorney Office SDNY
      86 Chambers Street
      New York, NY 10007

SO ORDERED:

*[signature]*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

9/20/20