USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _January 11, 2021_

```
------------------------------------x
SHAREN SINGH,                       :
                                    :
               Plaintiff,           :     **REVISED**
                                    :     **BRIEFING SCHEDULE**
       - v. -                       :
                                    :     19 Civ. 10273 (ALC)
                                    :
COMMISSIONER OF SOCIAL SECURITY,    :
                                    :
               Defendant.           :
------------------------------------x
```

IT IS HEREBY ORDERED that:

1. Defendant's response to plaintiff's motion is due on or before January 22, 2021.

2. Plaintiff's reply, if any, is due on or before February 12, 2021.

SO ORDERED:

_[signature]_

United States District Judge Andrew L. Carter, Jr.

January 11, 2021