**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SHAREN SINGH,

              Plaintiff,                                19 **CIVIL** 10273 (ALC)

-v-                                                    **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                      Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated January 26, 2021, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
          January 26, 2021

                                                      **RUBY J. KRAJICK**
                                                           Clerk of Court
                                    BY:
                                                           **Deputy Clerk**